UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARRYL ROBINSON,

    Plaintiff,

v.

RICK WATSON, LT. STRUBERG, CAPTAIN TRICE and ZAC KURTIS, ,

    Defendants.

Case No. 15-cv-436-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:   September 22, 2016**           **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                                       *s/Tina Gray*, **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**